# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

148753(66)

DETROIT EDISON COMPANY,
            Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
            Defendant-Appellant.
_____/

SC:  148753
COA:  309732
Court of Claims:  10-000104-MT

On order of the Chief Justice, the motion of the International Transmission Company for leave to file an amicus curiae brief is GRANTED.  The amicus brief submitted on February 4, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2015



Clerk